United States Bankruptcy Court
District of Arizona

In re:  Case No. 21-05960-BKM
MIGUEL SILVA AVILA  Chapter 7
MARIA DEL CARMEN TAFOLLA
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0970-2     User: admin     Page 1 of 2
Date Rcvd: Nov 12, 2021     Form ID: cla001     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++     Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | MIGUEL SILVA AVILA, 438 S 3RD AVENUE, LOT 18, AVONDALE, AZ 85323-2237 |
| jdb | +++ | MARIA DEL CARMEN TAFOLLA, 438 S 3RD AVENUE, LOT 18, AVONDALE, AZ 85323-2237 |
| 16519249 | | AZ DEPARTMENT OF ECONOMIC SECURITY, OFFICE OF ACCTS RECEIVABLE & COLLECTIONS, PO BOX 60, PHOENIX, AZ 85001-0060 |
| 16507608 | + | Banner Health, 1643 Lewis Avenue, Ste. 203, Billings MT 59102-4151 |
| 16507609 | + | Bureau Of Medical Economics, Attn: Bankruptcy, Po Box 20247, Phoenix AZ 85036-0247 |
| 16507612 | + | CMRE Financial Services, 3075 East Imperial Highway, Suite 200, Brea CA 92821-6753 |
| 16536359 | | CONN APPLIANCES, INC., C/O BECKET AND LEE LLP, PO BOX 3002, MALVERN PA 19355-0702 |
| 16507616 | + | NMAC, Attn: Bankruptcy, Po Box 660366, Dallas TX 75266-0366 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QEHALEY.COM | Nov 13 2021 06:03:00 | ERIC M. HALEY, PO BOX 13390, SCOTTSDALE, AZ 85267-3390 |
| smg | | EDI: AZDEPREV.COM | Nov 13 2021 06:03:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 16507610 | + | EDI: CAPITALONE.COM | Nov 13 2021 06:08:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 16507613 | + | Email/Text: bankruptcynotices@conns.com | Nov 13 2021 01:03:00 | Conns, Attn: Bankruptcy, 2445 Technology Forest Blvd, Bldg 4, Ste, The Woodlands TX 77381-5259 |
| 16507614 | + | Email/Text: bankruptcy@flagshipcredit.com | Nov 13 2021 01:04:00 | Flagship Credit Acceptance, Attn: Bankruptcy, Po Box 965, Chadds Ford PA 19317-0643 |
| 16507615 | + | Email/Text: bknotice@healthcareinc.com | Nov 13 2021 01:04:00 | Healthcare Collections, Attn: Bankruptcy, Po Box 82910, Phoenix AZ 85071-2910 |
| 16507611 | | EDI: JPMORGANCHASE | Nov 13 2021 06:08:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington DE 19850 |
| 16508547 | + | EDI: RECOVERYCORP.COM | Nov 13 2021 06:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P+++ | CONN APPLIANCES, INC., C/O BECKET AND LEE LLP, PO BOX 3002, MALVERN, PA 19355-0702 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| | | |
|---|---|---|
| District/off: 0970-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 12, 2021 | Form ID: cla001 | Total Noticed: 16 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 14, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ERIC M. HALEY | trustee@haley-law.com emhaley@ecf.axosfs.com |
| J. Blake Mayes | on behalf of Debtor MIGUEL SILVA AVILA blake@mayestelles.com |
| J. Blake Mayes | on behalf of Joint Debtor MARIA DEL CARMEN TAFOLLA blake@mayestelles.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 4

FORM CLA−001
REVISED 01/12/2012

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:21−bk−05960−BKM |
| MIGUEL SILVA AVILA<br>438 S 3RD AVENUE, LOT 18<br>AVONDALE, AZ 85323<br>SSAN: xxx−xx−5659<br>EIN: | Chapter: 7 |
| MARIA DEL CARMEN TAFOLLA<br>438 S 3RD AVENUE, LOT 18<br>AVONDALE, AZ 85323<br>SSAN: xxx−xx−7153<br>EIN: | |
| Debtor(s) | |

## NOTICE FIXING LAST DATE TO FILE CLAIMS

**NOTICE IS HEREBY GIVEN THAT:**

1. All Creditors of the above−named estate are required to file their claim pursuant to Bankruptcy Rule 3002(c) (5) on or before **February 14, 2022** in order to participate in the distribution of funds available. Any creditor who has previously filed a claim need not file again. Please be advised that filing a claim does not guarantee that you will receive payment on that claim. Whether you receive payment and the amount of any payment depends upon the amount of funds in the estate and whether there are administrative costs and priority claims to be paid.

2. For governmental units, a proof of claim must be filed by the aforementioned deadline or 180 days after the date of the order for relief in this case, whichever is later.

3. The proof of claim form can be obtained at the court's front counter and self help centers as well as access to fillable PDF versions on the court's website www.azb.uscourts.gov. If you are a creditor (the person who is owed money in a bankruptcy case) and are not represented by an attorney, you may also file a Proof of Claim and upload PDF attachments via an online form on the court's website.

4. YOU ARE FURTHER NOTIFIED THAT if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of the trustee's final account and report and the proposed distribution.

Date: November 12, 2021

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office:<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727<br>Telephone number: (602) 682−4000<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>George Prentice |